UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CASE NO. 3:01CR68-2T |
| ) | |
| ELOISE V. HARBER ) | |

**<u>ORDER</u>**

Bond in the amount of $2,500 was posted in the above-captioned criminal matter to secure the appearance of the defendant pending the outcome of this case. Defendant was sentenced to a term of imprisonment and was delivered to FPC Victorville, California on March 28, 2003.

IT IS THEREFORE ORDERED that the Clerk of Court return the appearance bond to Donald Flenoid at 13204 Quiet Canyon Drive, Victorville, CA 92395.

**Signed: November 8, 2005**

Lacy H. Thornburg
United States District Judge